UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal Action No. 22-239 (RBW)<br>PAUL KOVACIK, )<br>)<br>Defendant. )<br>) | |

## ORDER

Upon consideration of the defendant's Unopposed Motion to Continue Status Hearing and to Waive Time Under the Speedy Trial Act, ECF No. 14, and for good cause shown, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Continue Status Hearing and to Waive Time Under the Speedy Trial Act, ECF No. 14, is **GRANTED**. It is further

**ORDERED** that the status hearing scheduled for October 28, 2022, is **CONTINUED** to December 13, 2022, at 10:00 a.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, at the defendant's request, the time from October 28, 2022, until the status hearing scheduled for December 13, 2022, is excluded under the Speedy Trial Act.

**SO ORDERED** this 25th day of October, 2022.

REGGIE B. WALTON
United States District Judge