**FILED**

FEB 0 3 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal Action No. 22-239 (RBW)
)
PAUL KOVACIK, )
)
Defendant. )

## ORDER

In accordance with the oral rulings issued by the Court at the hearing held on February 3, 2023, it is hereby

**ORDERED** that the plea hearing scheduled for February 3, 2023, is **CONTINUED** to March 13, 2023, at 11:30 a.m. via videoconference.

**SO ORDERED** this 3rd day of February, 2023.

REGGIE B. WALTON
United States District Judge