UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 1 3 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA )
)
)
v. )
) Criminal Action No. 22-239 (RBW)
PAUL KOVACIK, )
)
Defendant. )
)

## ORDER

Upon consideration of the government's Consent Motion for Excludable Delay, ECF No. 23, and for good cause shown, it is hereby

**ORDERED** that the government's Consent Motion for Excludable Delay, ECF No. 23, is **GRANTED**. It is further

**ORDERED** that, with the defendant's consent, the time from February 3, 2023, until the guilty plea hearing scheduled for March 13, 2023, is excluded under the Speedy Trial Act, in light of the technical difficulties experienced by the defendant at the guilty plea hearing originally scheduled for February 3, 2023, and in order to allow the defendant and defense counsel to identify a suitable location for the defendant to appear remotely for the his guilty plea hearing rescheduled for March 13, 2023.

**SO ORDERED** this 13th day of February, 2023.

REGGIE B. WALTON
United States District Judge