UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 22-cr--239  (RBW) |
| | ) | |
| Paul Kovacik, *defendant*. | ) | |

MOTION TO POSTPONE DEFENDANT'S SELF-SURRENDER

Defendant, through undersigned counsel Nathan I. Silver, II, Esq., appointed by this Court under the Criminal Justice Act, hereby moves the Court to postpone his self-surrender date from August 22, 2023, until no earlier than November 1, 2023. The reason is that he has a seasonal job in Georgia working at an amusement park.  The job will end on October 29, 2023. Permitting the defendant to postpone his self-surrender date will allow him to obtain much-needed funds for his personal use and to defray the $510.00 in restitution and special assessment that are required by his sentence.  Allowing his to self-surrrender no earlier than November 1, 2023, will permit him to arrange for travel to the designated BOP facility in time for his surrender.

Attached to this motion as an exhibit is his letter to the Court, in which he informally made this request.

Counsel has contacted by email asst. U.S. Attorney Douglas Meisel to advise the government of the defendant's request.  Given the urgency of this request, counsel must file this motion without obtaining the government's position in advance of filing.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant the requested relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Douglas Meisel, Esq., Trial Attorney (Detailee), USAO-DC, this 21st day of August, 2023.

/s/

_____

*Nathan I. Silver, II*