**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**
**AUG 2 1 2023**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-239 (RBW) |
| ) | |
| PAUL KOVACIK, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's Motion to Postpone Defendant's Self-Surrender, ECF No. 37, it is hereby

**ORDERED** that the defendant's Motion to Postpone Defendant's Self-Surrender, ECF No. 37, is **GRANTED**. It is further

**ORDERED** that the defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons by November 1, 2023.[1]

**SO ORDERED** this 21st day of August, 2023.

REGGIE B. WALTON
United States District Judge

---

[1] The Court will grant no further extensions of the defendant's date of self-surrender for service of his sentence.