AO 442 (Rev 01/09) Arrest Warrant                                                            10189732

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| PAUL KOVACIK | ) Case No. 22-cr-239 (RBW) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Paul Kovacik
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

See attached Order.

Date: 11/21/2023

*Issuing officer's signature*

City and state:  Washington, DC

Andriea Hill, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/21/2023, and the person was arrested on *(date)* 06/20/2024
at *(city and state)* St. Paul, Minnesota.

Date: 06/20/2024

*Arresting officer's signature*

Stephen H. Lowe  DUSM
*Printed name and title*