AO 442 (Rev 01/09) Arrest Warrant

10189732

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **PAUL KOVACIK** | ) | Case No.  **22-cr-239 (RBW)** |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

**To:**    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Paul Kovacik                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☑ Order of the Court

This offense is briefly described as follows:

See attached Order.

Date:  11/21/2023

*Issuing officer's signature*

City and state:    Washington, DC

Andriea Hill, Courtroom Deputy
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  11/21/2023 , and the person was arrested on *(date)*  06/20/2024 at *(city and state)*  St. Paul, Minnesota  . |
| Date:  06/20/2024 |
| *Arresting officer's signature* |
| Stephen H. Lowe  DUSM |
| *Printed name and title* |

U.S. MARSHAL-DC P#4:02
RECEIVED NOV 21 '23

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

## INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America, | )  **COURT MINUTES - CRIMINAL** |
|  | )  BEFORE:  DOUGLAS L. MICKO |
| Plaintiff, | )  U.S. MAGISTRATE JUDGE |
| v. | ) |
|  | )  Case No:           24-mj-446 DLM |
| Paul Kovacik, | )  Date:              June 20, 2024 |
|  | )  Courthouse:        St Paul |
| Defendant. | )  Courtroom:         6B |
|  | )  Time Commenced:    2:46 p.m. |
|  | )  Time Concluded:    2:51 p.m. |
|  | )  Time in Court:      5 minutes |
|  | ) |
|  | ) |

APPEARANCES:

       Plaintiff: Matt Evans, Assistant U.S. Attorney
       Defendant: Success Carter, Assistant Federal Public Defender
              X FPD          X To be appointed

       X Advised of Rights

on   X Order of the Court
X Date charges or violation filed: 11/21/2023
X Current Offense: Order of the court
X **Charges from other District:** District of Columbia
X Title and Code of underlying offense from other District: 40:5104(e)(2)(G)
X Case no: 1:22-cr-239 (RBW)

X Government moves for detention.
Motion is X granted, temporary detention ordered.

.

Next appearance date is June 21, 2024 at 9:30 a.m. before U.S. Magistrate Judge Douglas L. Micko in CR 6B
(STP) for:
X Detention hrg  X Removal hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                _____ s/ jam
                            Signature of Courtroom Deputy

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                              Case No: 24-mj-446 DLM

              Plaintiff,

v.

              **Brady Obligation Order**

   Paul Kovacik,

              Defendant.

_____

      Pursuant to the Due Process Protections Act  the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so.  Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, in adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

      **IT IS SO ORDERED.**

      Dated:  June 20, 2024

                               *s/Douglas L. Micko*
                               Douglas L. Micko
                               U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                              Case No: 24-mj-446 DLM


                    Plaintiff,

v.
                                                    ORDER OF PRELIMINARY
                                                    DETENTION PENDING HEARING
                                                    PURSUANT TO BAIL REFORM ACT

Paul Kovacik,
                    Defendant.
                    _____

          Upon motion of the United States it is ORDERED that a detention/removal is set

for June 21, 2024 at 9:30 a.m. before Magistrate Judge Douglas L. Micko, CR 6B, Warren E.

Burger Building and U.S. Courthouse, St. Paul, Minnesota.   Pending this hearing, the Defendant

shall be held in custody by the United States Marshal and produced for the hearing.


Dated: June 20, 2024                          *s/Douglas L. Micko*
                                              Douglas L. Micko
                                              U.S. Magistrate Judge


If not held immediately upon defendant's first appearance, the hearing may be continued for up
to three days upon motion of the Government, or up to five days upon motion of the defendant.
18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142 are present.
Subsection (1) sets forth the grounds that may be asserted only by the attorney for the
Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for
the Government or upon the judicial officer's own motion if there is a serious risk that the
defendant (a) will flee; or (b) will obstruct or attempt to obstruct justice, to threaten, injure, or
intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

United States of America,                    )        **COURT MINUTES - CRIMINAL**
                                             )        BEFORE:  DOUGLAS L. MICKO
                           Plaintiff,        )        U.S. MAGISTRATE JUDGE
                                             )
v.                                           )        Case No:              24-mj-446 DLM
                                             )        Date:                 June 21, 2024
Paul Kovacik,                                )        Courthouse:           St. Paul
                                             )        Courtroom:            6B
                           Defendant,        )        Court Reporter:       Paula Richter
                                             )        Time Commenced:       9:39 a.m.
                                             )        Time Concluded:       9:50 a.m.
                                             )        Time in Court:        11 minutes
                                             )

X **REMOVAL HEARING**
X **DETENTION HEARING**
                    Time in Court Rem/Det: 5 minutes/6 minutes

APPEARANCES:

Plaintiff: Matthew Evans, Assistant U.S. Attorney
Defendant: Shannon Elkins
                    X FPD

On      X Court Order

X **Charges from other District:** District of Columbia, Order from the court – failure to appear to the BOP

X Deft Ordered Detained - Govt to submit proposed order

X Deft removed to District of Columbia
X Defendant waived right to removal hearing
X Removal Order to be Issued
X Commitment to Another District to be Issued.
.

Additional Information:

                                        ___s/ jam_____
                                        Signature of Courtroom Deputy

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the
District of Minnesota

| | | |
|---|---|---|
| United States of America, | ) | |
| *Plaintiff,* | ) | Case No. 24-mj-446 DLM |
| | ) | |
| v. | ) | Charging District's Case No. 22-cr-239 |
| | ) | |
| Paul Kovacik, | ) | |
| *Defendant,* | | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Columbia, for violation of an Order of the Court to

surrender for service of a sentence on November 1, 2023.

The defendant remains in custody.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.


Date: June 21, 2024                                  *s/Douglas L. Micko*
                                                                    *Judge's signature*


                                                    DOUGLAS L. MICKO, United States Magistrate Judge
                                                                    *Printed name and title*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

v.

Paul Kovacik,

                Defendant.

Criminal No. 24-mj-446 DLM

**ORDER OF REMOVAL**

       The above captioned case was before the undersigned United States Magistrate on June 21, 2024. Defendant waived the removal hearing.

       Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of Columbia Case No. 22-cr-239, and he is ordered removed to that district for further proceedings.

Dated: June 21, 2024

                *s/Douglas L. Micko*
                Douglas L. Micko
                United States Magistrate Judge

CLOSED,RULE5

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: <u>0:24−mj−00446−DLM−1</u>
### *Internal Use Only*

Case title: USA v. Kovacik

Date Filed: 06/20/2024

Date Terminated: 06/21/2024

---

Assigned to: Magistrate Judge
Douglas L. Micko

**<u>Defendant (1)</u>**

**Paul Kovacik**
*TERMINATED: 06/21/2024*

represented by **Katherian D Roe**
Office of the Federal Defender
300 S 4th St Ste 107
Mpls, MN 55415
612−664−5858
Fax: 612−664−5850
Email: <u>katherian_roe@fd.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
| --- | --- |
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
| --- | --- |
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
| --- | --- |
| None | |

| **<u>Highest Offense Level (Terminated)</u>** | |
| --- | --- |
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
| --- | --- |
| 40:5104 | |

1

**Plaintiff**

**USA**                                          represented by   **Matthew David Evans**
                                                                United States Attorney's Office
                                                                District of Minnesota
                                                                600 South Fourth Street
                                                                Suite 600
                                                                Minneapolis, MN 55415
                                                                612−664−5600
                                                                Email: matthew.evans@usdoj.gov
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*
                                                                *Designation: Public Defender or*
                                                                *Community Defender Appointment*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/21/2024 | 8 | ORDER OF REMOVAL to District of Columbia as to Paul Kovacik. Signed by Magistrate Judge Douglas L. Micko on 6/21/2024. (ALN) (Entered: 06/21/2024) |
| 06/21/2024 | 7 | COMMITMENT TO ANOTHER DISTRICT as to Paul Kovacik. Defendant committed to District of Columbia. Signed by Magistrate Judge Douglas L. Micko on 6/21/2024. (ALN) (Entered: 06/21/2024) |
| 06/21/2024 | 6 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Removal/Detention Hearing and Preliminary Examination as to Paul Kovacik held on 6/21/2024. Charges from District of Columbia. Counsel present. Deft Ordered Detained − Govt to submit proposed order. Defendant waived right to removal hearing. Deft removed to District of Columbia. Removal Order to be Issued. Commitment to Another District to be Issued. (Court Reporter Paula Richter) (ALN) (Entered: 06/21/2024) |
| 06/21/2024 | 5 | NOTICE OF ATTORNEY APPEARANCE for Paul Kovacik. (Elkins, Shannon) (Entered: 06/21/2024) |
| 06/20/2024 | 3 | ORDER OF PRELIMINARY DETENTION as to Paul Kovacik. Detention and Removal Hearing set for 6/21/2024 at 09:30 AM in Courtroom 6B (STP) before Magistrate Judge Douglas L. Micko. Signed by Magistrate Judge Douglas L. Micko on 6/20/2024. (ALN) (Entered: 06/20/2024) |
| 06/20/2024 | 2 | Brady Obligation Order as to Paul Kovacik. Signed by Magistrate Judge Douglas L. Micko on 6/20/2024.(ALN) (Entered: 06/20/2024) |
| 06/20/2024 | 1 | Minute Entry for proceedings held before Magistrate Judge Douglas L. Micko: Initial Appearance in Rule 5(c) (3) Proceedings as to Paul Kovacik held on 6/20/2024. Charges from the District of Columbia. Counsel to be appointed. Defendant ordered temporarily detained. Detention and Removal Hearing set for 6/21/2024 at 09:30 AM in Courtroom 6B (STP) before Magistrate Judge Douglas L. Micko. (Digital Recording) (ALN) (Entered: 06/20/2024) |
| 06/20/2024 |  | Arrest (Rule 5) of Paul Kovacik (ALN) (Entered: 06/20/2024) |