AO 243 (Rev. 09/17)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | |
|---|---|---|
| Name (under which you were convicted): PAUL KOVACIK | | Docket or Case No.: 22-CR-239 (PREVIOUS) 24-MJ-228 (PENDING) |
| Place of Confinement: METROPOLITAN CORRECTIONAL CENTER - CHICAGO | | Prisoner No.: 07735-510 |
| UNITED STATES OF AMERICA  V.  PAUL KOVACIK | | Movant (include name under which convicted) |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   UNITED STATES DISTRICT COURT - DISTRICT OF COLUMBIA

   (b) Criminal docket or case number (if you know): 22-CR-239 (PREVIOUS)  24-MJ-228  (PENDING)

2. (a) Date of the judgment of conviction (if you know): JULY 12th 2022
   (b) Date of sentencing: JUNE 21st 2023

3. Length of sentence: 90 DAYS

4. Nature of crime (all counts):
   PARADING DEMONSTRATING OR PICKETING IN A CAPITOL BUILDING




5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
   PLED GUILTY TO 22-CR-239

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☒

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

RECEIVED
Mail Room
AUG 20 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Page 2 of 13

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☒

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:




   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____

   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
   (5) Grounds raised:




10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____

    (2) Docket of case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☐

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:    Yes ☐    No ☐

    (2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

SHORTLY AFTER THE CAPITOL PROTESTS OF JANUARY 2021 I BEGAN TO FEEL REGRET, AND UPSET OVER WHAT TRANSPIRED. DURING COURT PROCEEDINGS I WANTED TO ASK MR. SILVER IF I COULD TESTIFY AGAINST OTHER, MORE VIOLENT SUSPECTS THAT I WITNESSED, BUT HE DID NOT ANSWER. I ALSO WANTED TO BE ADVISED ON WHAT TO SAY TO THE JUDGE BEFORE SENTENCING BUT MR. SILVER DID NOT OFFER GUIDANCE. I COULD NOT THINK OF THE RIGHT WORDS TO SAY, AND WOUND UP ENRAGING THE JUDGE, WHO YELLED AND SCREAMED AT ME, TRIGGERING MY PTSD AND OTHER FEARS. I HAVE BEEN SUFFERING MENTAL ILLNESS THROUGH THE YEARS, INCLUDING AN INCIDENT THE JUDGE POINTED OUT. I FAINTED WHEN HE PRONOUNCED SENTENCE, AND MR. SILVER DID NOT OFFER ANY HELP. I TRIED TO SEEK HELP WITH MENTAL HEALTH COUNSELING BUT FOUND NONE THAT OFFERED HELP WITHOUT UPFRONT PAYMENT, AND MY HEALTH CARE EXPIRED DUE TO MY INABILITY TO FILL OUT COMPLEX FORMS. THIS ALL TRIGGERED THOUGHTS OF SUICIDE, UNTIL I DISCOVERED ONLINE SUGGESTIONS ABOUT SEEKING REFUGE IN ANOTHER COUNTRY. SHORTLY AFTER I DID SO, I FELT I DID A WRONG THING, BUT WAS STUCK WHERE I AM DUE TO LACK OF MONEY- I RETURNED AND SURRENDERED WHEN I DID HAVE. MY MENTAL DISORDERS ARE WHY I NEED A CARETAKER; MR. SILVER WAS NOT RESPONSIVE TO MY NEEDS.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

I DID NOT KNOW I COULD

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☒

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I DID NOT KNOW I COULD.

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
AS A COURT-APPOINTED PUBLIC DEFENDER, MR. SILVER HANDLED DOZENS OF OTHER CLIENTS BESIDE ME, CHARGED SIMILARLY IN THE CAPITOL PROTEST EVENTS. HE DID NOT TAKE THE TIME AFTER SENTENCE TO DISCUSS OTHER OPTIONS SUCH AS APPEAL, OR MODIFICATION OF SENTENCE. HE DID TELL ABOUT A 60-DAY DELAY TO REPORT, WHICH IS ALWAYS GRANTED ON REQUEST. BUT HE NEVER BOTHERED TO CALL ME, NOR DID HE REFER TO MY PAST CASES OF MENTAL DISORDER WHICH THE JUDGE ALLUDED TO. IT WAS DURING THIS TIME FEAR AND PANIC BEGAN TO OVERWHELM ME, AND CONSIDER EXTREME BEHAVIORS SUCH AS THOUGHTS OF SUICIDE. AS A PERSON WHO LIVES ALONE WITHOUT FAMILY OR FRIENDS, AND WITH VERY LITTLE MONEY TO PAY FOR A PRIVATE ATTORNEY, THE AFTERMATH OF THE TRIAL CAUSED ME TO LOSE HOPE, AND RESORT TO THE BAD LIFELONG HABIT OF RUNNING AWAY FROM PROBLEMS.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

AO 243 (Rev. 09/17)

   (2) If you did not raise this issue in your direct appeal, explain why:

       I DID NOT KNOW I COULD.

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☒

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐    No ☒

   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐    No ☒

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐    No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

   (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I DID NOT KNOW I COULD.

AO 243 (Rev. 09/17)

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MR. SILVER NEVER DID ANY RESEARCH OR BACKGROUND ON MY LIFE, MY TROUBLES, AND MY SITUATION IN WHICH LEFT ME JOBLESS AND PENNILESS, TO USE FOR A POSSIBLE DEFENSE INVOLVING MENTAL HEALTH DISORDERS. I BELIEVE I WAS INFLUENCED BY POLITICAL CULTS THAT PREACH FALSEHOODS AND EVEN LAWLESSNESS. MOST OF MR. SILVER'S OTHER CLIENTS SEEM ADAMANT AND EVEN DEFIANT ON THEIR BELIEFS, AND THUS I WAS LUMPED INTO THE SAME BOAT WITH THEM. I AM NOW LABELED A "TERRORIST" ON SOCIAL MEDIA AND MY NAME IS EVERYWHERE, WHICH HAS CAUSED ME TO BE DENIED EMPLOYMENT AND HOUSING, LEAVING ME NEARLY HOMELESS AND BROKE, AND WITH SUICIDAL THOUGHTS. I WANT TO SHOW REGRET FOR THE FOOLISH THINGS I HAVE DONE, AND DESIRE MENTAL HEALTH TREATMENT.

(b) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐   No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐   No ☒
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☒
  (4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☒
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐   No ☐

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I DID NOT KNOW I COULD. I HAVE LEARNING DISABILITIES AFFECTING ME FROM MANY OF LIFE'S COMPLEX ISSUES.

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
ON MY CURRENT CASE #24-MJ-228 I'VE WANTED TO DISCUSS MATTERS BUT MR. SILVER SEEMS TO TRIGGER MY BAD EMOTIONS, ARGUING AND BELITTLING ME WHENEVER I SPEAK WITH HIM. HE INSISTS I AM GOING TO STAY IN PRISON, BUT DOES NOT SEEM WANTING TO RESEARCH LAW SUCH AS RULE 5, RULE 20, AND RULE 58, AS WELL AS OTHER STATUTES. I WANT TO REACH AN AGREEMENT WHERE I WOULD BE SENT TO A MENTAL HEALTH FACILITY TO HELP ME RECOVER AND BECOME A RESPONSIBLE, WORTHY PERSON IN LIFE, BUT DOESN'T SEEM INTERESTED IN HELPING ME WITH THAT. I WANT TO MOVE ALL PROCEEDINGS TO CHICAGO OR MILWAUKEE UNDER THOSE RULES AND BE APPOINTED A NEW ATTORNEY, ONE I CAN MEET IN PERSON, BUT MR. SILVER HAS NOT SO FAR HELPED ME WITH THAT. WHENEVER I SPEAK WITH MR. SILVER, EVER SINCE HE FAILED TO HELP ME AVOID A PRISON SENTENCE, HE SEEMS TO TRIGGER THE WORST IN ME. I HAD HAVE NUMEROUS SUICIDAL THOUGHTS AND MOMENTS OF INSANITY WHILE IN PRISON, THINKING THAT NO ONE TRULY WANTS TO HELP ME BE A BETTER PERSON.

(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
  (2) If you did not raise this issue in your direct appeal, explain why:
      I DID NOT KNOW I COULD.

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒

  (2) If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
_____ N/A _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I DID NOT KNOW I COULD. I MAY HAVE ASPERGER'S SYNDROME AND DO NOT COMPREHEND COMPLEXITIES ESPECIALLY THOSE INVOLVING LAW.

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    I DO NOT BELIEVE SO.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At the preliminary hearing: (IN EVANSVILLE, INDIANA)
        NONE

    (b) At the arraignment and plea:
        NATHAN I. SILVER II

    (c) At the trial:
        NATHAN I. SILVER II

    (d) At sentencing:
        NATHAN I. SILVER II

    (e) On appeal:

    (f) In any post-conviction proceeding:
        NATHAN I. SILVER II

    (g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☒    No ☐

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
        UNITED STATES DISTRICT COURT – DISTRICT OF COLUMBIA

    (b) Give the date the other sentence was imposed: NOT YET

    (c) Give the length of the other sentence: NOT YET.

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☒    No ☐

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

I HAD NO IDEA WHAT TO DO, AND NEVER HEARD OF A 2255 UNTIL MY MINNESOTA-BASED PUBLIC DEFENDER, SHANNON ELKINS, TOLD ME ABOUT IT, AND GAVE ME FORMS, BUT THEN I WAS TAKEN TO CHICAGO BEFORE HAVING A CHANCE TO FILE THOSE FORMS. IT WASN'T UNTIL MORE THAN A MONTH LATER I WAS ABLE TO OBTAIN A NEW 2255 LIKE THIS TO FILE. AS I HAVE LEARNING DISABILITIES, I HAVE TROUBLE UNDERSTANDING COMPLEX FORMS SUCH AS THIS, SO I AM TRYING MY BEST. I AM SUBMITTING THIS FORM AS SOON AS POSSIBLE, AND HOPE THE COURT WILL CONSIDER IT.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief: AS THE SENTENCE REGARDING CASE #22-CR-239 WILL BE NEARLY FINISHED BY THE TIME THIS IS FILED, HAVE MY CLAIMS CONSIDERED DURING DELIBERATIONS FOR CASE #24-MJ-228, IN THAT I SEEK A CHANGE OF VENUE UNDER RULE 5, RULE 5.1, RULE 20 AND RULE 58, AND BE APPOINTED A NEW PUBLIC DEFENDER, THAT WILL OBTAIN A FAVORABLE PLEA DEAL INVOLVING MENTAL HEALTH TREATMENT, AS WELL AS OTHER CONSTITUTIONAL AND LEGAL RIGHTS DEFENDANTS HAVE; OR GRANT MOVANT RELEASE FROM CUSTODY TO FIND ADEQUATE COUNSEL,
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ____AUGUST 7, 2024_____.
(month, date, year)

Executed (signed) on ____AUGUST 7, 2024____ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.